IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pickett, Anthony D

Printed: 8/5/08

Case Number: 05 B 18888
Judge: Wedoff, Eugene R
Filed: 5/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: July 3, 2008
Confirmed: August 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,080.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 307.72 |
| Priority: |  | 1,313.85 |
| Administrative: |  | 2,565.20 |
| Trustee Fee: |  | 227.15 |
| Other Funds: |  | 666.08 |
| Totals: | 5,080.00 | 5,080.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,565.20 | 2,565.20 |
| 2. | Illinois Dept of Revenue | Priority | 1,107.40 | 1,107.40 |
| 3. | Internal Revenue Service | Priority | 206.45 | 206.45 |
| 4. | Internal Revenue Service | Unsecured | 12.29 | 122.92 |
| 5. | Illinois Dept of Revenue | Unsecured | 18.48 | 184.80 |
| 6. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 7. | CBE | Unsecured |  | No Claim Filed |
| 8. | Hinsdale Hospital | Unsecured |  | No Claim Filed |
| 9. | Henry W Wiggins | Unsecured |  | No Claim Filed |
| 10. | Medical Collections | Unsecured |  | No Claim Filed |
| 11. | Radiology Center | Unsecured |  | No Claim Filed |
| 12. | Receivable Collections Operations | Unsecured |  | No Claim Filed |
| 13. | Sprint PCS | Unsecured |  | No Claim Filed |
| 14. | Village of Justice | Unsecured |  | No Claim Filed |
|  |  |  | $ 3,909.82 | $ 4,186.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 12.00 |
| 5.5% | 71.50 |
| 5% | 19.06 |
| 4.8% | 40.36 |
| 5.4% | 62.83 |
| 6.5% | 21.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Pickett, Anthony D | Case Number:  05 B 18888 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/5/08 | Filed:  5/11/05 |

_____
$ 227.15

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*